1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4  Email:  mhansen@criminal-defenses.com

5  Attorney for Defendant
   EARSHELL HAYES
6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,       | No.  2:15-CR-00118-MCE
11 |         Plaintiff,              | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**
12 |     v.                          |
13 | MICHAEL MATHEWS, et al,         |
14 |         Defendant.              |

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, Paul Hemesath, Assistant United States Attorney, attorney for
18 plaintiff; Mark Reichel,  attorney for defendant Michael Mathews; Gregory Foster
19 attorney for defendant David Dixon; Philip Cozens attorney for defendant Leon Fields,
20 Jr. and Michael E. Hansen, attorney for defendant Earshell Hayes, that the previously-
21 scheduled status conference date of July 16, 2015, be vacated and the matter set for
22 status conference on September 17, 2015, at 9:00 a.m.

23     This continuance is requested because defense counsel needs additional time to
24 review discovery received in this case.  All counsel were retained or appointed within the
25 last 60 days.

26     The Government concurs with this request.

27     Further, the parties agree and stipulate the ends of justice served by the granting
28 of such a continuance outweigh the best interests of the public and the defendants in a

                                    1
Stipulation and Order to Continue Status Conference

1  speedy trial and that time within which the trial of this case must be commenced under
2  the Speedy Trial Act should therefore be excluded under 18 U.S.C. section
3  3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to
4  prepare), from the date of the parties' stipulation, July 16, 2015, to and including
5  September 17, 2015.

6      Accordingly, the parties respectfully request the Court adopt this proposed
7  stipulation.

8      IT IS SO STIPULATED.

9  Dated: July 14, 2015            Respectfully submitted,

10     /s/ Michael E. Hansen
11     MICHAEL E. HANSEN
    Attorney for Defendant
12     EARSHELL HAYES

13     By: /s/ Michael E. Hansen for
    GREGORY FOSTER
    Attorney for Defendant
14     DAVID DIXON

15     By: /s/ Michael E. Hansen for
    MARK REICHEL
16     Attorney for Defendant
    MICHAEL MATHEWS
17

18     By: /s/ Michael E. Hansen for
    PHILIP COZENS
    Attorney for Defendant
19     LEON FIELDS, JR.

20 Dated: July 14, 2015            BENJAMIN B. WAGNER
    United States Attorney
21

22     By: /s/ Michael E. Hansen for
    PAUL HEMESATH
    Assistant U.S. Attorney
23     Attorney for Plaintiff

24

25

26

27

28

Stipulation and Order to Continue Status Conference

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, July 16, 2015, to and including September 17, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the July 16, 2015, status conference shall be continued until September 17, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: July 17, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order to Continue Status Conference