KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Ste 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for EARSHELL HAYES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) No. 15-CR-00118MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| MICHAEL DESHONE MATHEWS, | ) |
| EARSHELL HAYES, | ) |
| LEON CURRIE FIELDS, JR., and | ) Date: 12-10-2015 |
| DAVID WILIAM DIXON, | ) Time: 9:00 a.m. |
| Defendants. | ) |
| _____ | ) Judge: Hon. Morrison C. England |

Plaintiff United States of America, by and through its counsel of record, and defendants MICHAEL MATHEWS, EARSHELL HAYES, LEON FIELDS, and DAVID DIXON, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status November 5, 2015.

2. By this stipulation, defendant now moves to continue the status conference until December 10, 2015, and to exclude time between November 5, 2015 and December 10, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the

following:

    a.    The government has provided initial discovery of over 300 pages. Further discovery is expected to be produced shortly.

    b.    Counsel for defendants desire additional time to complete the review of discovery, to conduct defense investigation, and to discuss potential resolution with their clients. In particular, counsel for Earshell Hayes was recently retained and needs an opportunity to review the discovery and discuss the material with her client. Counsels have also been continuing to engage in negotiations with the government.

    c.    Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2015 to December 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 3, 2015                                  Respectfully submitted,

/s/ Patrick Hanly
PATRICK HANLY
Attorney for Michael Mathews


/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Earshell Hayes

/s/ Philip Cozens
PHILIP COZENS
Attorney for Leon Fields

/s/ Gregory Foster
GREGORY FOSTER
Attorney for David Dixon


Dated: November 3, 2015                                  /s/ Paul Hemesath
PAUL HEMESATH
Assistant U.S. Attorney


        IT IS SO ORDERED.

DATED:  November 10, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT