1   Law Office of Patrick K. Hanly (Bar # 128521)
2   455 Capitol Mall, Suite 325
    Sacramento CA 95814
3   Telephone (916) 773-2211
    Facsimile (916) 492-2680
4
5   Attorney for Defendant
    MICHAEL MATHEWS
6
7
8                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
9
10
11  UNITED STATES OF AMERICA,            )  Case No.: 15-0118 MCE
                                         )
12                       Plaintiff,      )  **STIPUATION AND ORDER TO CONTINUE
                                         )  STATUS CONFERENCE AND EXCLUDE
13  v.                                   )  TIME UNDER THE SPEEDY TRIAL ACT**
                                         )
14  MICHAEL MATHEWS ET. AL.              )  DATE: December  10, 2015
                                         )  TIME:  9:00 a.m.
15                       Defendants.     )  COURTROOM: **MORRISON  C.  ENGLAND
                                         )  JR**.
16  _____     )
17
18       Plaintiff United States of America, by and through its counsel of record, and defendants

19  MICHAEL MATHEWS, EARSHELL HAYES, LEON FIELDS, and DAVID DIXON, by and

20  through their counsel of record, hereby stipulate as follows:

21  1.      By previous order, this matter was set for status December 10, 2015.

22  2.      By this stipulation, defendant now moves to continue the status conference until February

23  11, 2016, and to exclude time between December 10, 2015and February 11, 2016 under Local

24  Code T4.  Plaintiff does not oppose this request.

25  3.      The parties agree and stipulate, and request that the Court find the following:

26          a.      The government has provided initial discovery of over 300 pages.  Further

27  discovery is expected to be produced shortly.

28  ///

*U.S. v. Mathews*, CR S 15-0118                    1
Stipulation to Continue Status
Conference

1        b.      Counsel for defendants desire additional time to complete the review of

2    discovery, to conduct defense investigation, and to discuss potential resolution with

3    their clients.   Counsels have also been continuing to engage in negotiations with the government.

4        c.      Counsel for defendants believes that failure to grant the above-requested

5    continuance would deny them the reasonable time necessary for effective preparation,

6    taking into account the exercise of due diligence.

7        d.      The government does not object to the continuance.

8        e.      Based on the above-stated findings, the ends of justice served by

9    continuing the case as requested outweigh the interest of the public and the defendant in

10   a trial within the original date prescribed by the Speedy Trial Act.

11       f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

12   § 3161, et seq., within which trial must commence, the time period of December 10, 2015 to

13   February  11, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14   3161(h) (7) (A), B (iv) [Local Code T4] because it results from a continuance granted by

15   the Court at defendant's request on the basis of the Court's finding that the ends of

16   justice served by taking such action outweigh the best interest of the public and the

17   defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

*U.S. v. Mathews*, CR S 15-0118
Stipulation to Continue Status
Conference

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: December 8, 2015                          /s/ Patrick K. Hanly
                                                 Attorney for Michael Mathews

Dated: December 8, 2015                          /s/ Kelly Babineau
                                                 KELLY BABINEAU
                                                 Attorney for Earshell Hayes

Dated: December 8, 2015                          /s/Philip Cozens
                                                 PHILIP COZENS
                                                 Attorney for Leon Fields

Dated: December 8, 2015                          /s/Gregory Foster
                                                 GREGORY FOSTER
                                                 Attorney for David Dixon

                                                 Benjamin B. Wagner
                                                 UNITED STATES ATTORNEY

Dated:  December 8, 2015            by:          /s/ Paul Hemesath
                                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated:  December 10, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*U.S. v. Mathews*, CR S 15-0118
Stipulation to Continue Status
Conference

3