PHILLIP A. TALBERT
Acting United States Attorney
PAUL A. HEMESATH
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL DESHONE MATHEWS,<br><br>　　　　Defendant. | 2:15-CR-00118-GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on February 22, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Michael Deshone Mathews in the following property:

　　　　a.　　Approximately $5,724.43 seized from Wells Fargo Bank, Account Number 3779567878;

　　　　b.　　Approximately $5,206.28 seized from Wells Fargo Bank, Account Number 7775589745;

　　　　c.　　Approximately $68,020.00 in U.S. Currency seized from Bank of America safe deposit box number 00269; and

　　　　d.　　Approximately $7,275.21 seized from Bank of America, Account Number 164102778257.

AND WHEREAS, beginning on May 14, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

      AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

      Accordingly, it is hereby ORDERED and ADJUDGED:

      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Michael Deshone Mathews.

      2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

      3.    The U.S. Marshal Service shall maintain custody of and control over the subject property until it is disposed of according to law.

      SO ORDERED.

Dated:  July 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge