HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID M. PORTER, SBN # 127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MICHAEL DESHONE MATHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DESHONE MATHEWS,<br><br>Defendant. | Case No. 2:15-CR-118 KJM<br><br>**ORDER**<br><br>Judge: Honorable Kimberly J. Mueller |

Pursuant to the unopposed request of counsel, and good cause appearing therefor, the request for extension to file the reply to the government's opposition to the motion to reduce sentence is **GRANTED**. The reply is due on or before **April 27, 2021**.

DATED: April 26, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE