HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, SBN # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
MICHAEL DESHONE MATHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:15-CR-118 KJM |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| v. | ) JUDGE: Hon. Kimberly J. Mueller |
| MICHAEL DESHONE MATHEWS, | ) |
| Defendant-Movant. | ) |

IT IS HEREBY ORDERED that the Request to Seal the *unredacted* version of Exhibit G to Defendant's Reply to Opposition to Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is **GRANTED** so that personal information is not available on the public docket. The Request and the *unredacted* version of Exhibit G are to be provided to the Court and Assistant United States Attorney Paul Andrew Hemesath.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: May 3, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

Mathews: Sealing Order