UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:15-CR-00118-KJM |
| Plaintiff, | |
| v. | ORDER |
| Michael Deshone Mathews, | |
| Defendant. | |

Mr. Mathews, originally representing himself, moved for compassionate release under 18 U.S.C. § 3582 (C)(1)(A)(i) in January 2021. *See generally* Mot, ECF No. 172. The government opposed on numerous grounds including the fact that Mr. Mathews already contracted COVID-19 and was allegedly asymptomatic. *See* Opp'n at 10, ECF No. 177. After this court appointed him counsel, Mt. Matthews replied to the government's response in late April 2021. Reply, ECF No. 188. The reply contends Mr. Mathews was not asymptomatic, and in fact still suffers from some COVID-19 symptoms. *Id.* at 2; *see also* Mathews Decl. ¶ 3, Reply Ex. A, ECF No 188-1. Neither the government nor defense counsel presented information regarding Mr. Mathew's vaccination status.

/////

/////

////

1 | The parties are directed to clarify whether Mr. Matthews is vaccinated within seven days
2 | of this order.

IT IS SO ORDERED.

DATED: June 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE